## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**EARNEST HARRIS**                                                              **PLAINTIFF**

**V.**                                                              **NO. 1:20-CV-141-DMB-DAS**

**SOVEREIGN INCOME HOLDINGS,**
**LLC, et al.**                                                              **DEFENDANTS**

### ORDER OF RECUSAL

The undersigned district judge recuses herself from this case. The Clerk of the Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 6th day of July, 2020.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**